**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email: ccarlyon@carlyoncica.com
dcica@carlyoncica.com

*Counsel for Christopher McAlary*

**DIAMOND MCCARTHY LLP**
ALLAN B. DIAMOND, ESQ.
(*pro hac vice*)
JUSTIN STROTHER, ESQ.
(*pro hac vice*)
CHRISTOPHER D. JOHNSON, ESQ.
(*pro hac vice*)
909 Fannin, Suite 3700
Houston, Texas 77010
Phone: 713.333.5100
adiamond@diamondmccarthy.com
justin.strother@diamondmccarthy.com
chris.johnson@diamondmccarthy.com

*Co-Counsel for Christopher McAlary*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 2:23-cv-01738-APG-BNW |
| CASH CLOUD, INC., dba COIN CLOUD, | BK Case No.: 23-10423-mkn |
| Debtor. | Chapter: 11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD | Adversary No.: 23-01125-MKN |
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT CHRISTOPHER MCALARY'S MOTION FOR WITHDRAWAL OF REFERENCE UNDER 28 U.S.C. § 157(D) AND FRBP 5011** |
| vs. | |
| CHRISTOPHER MCALARY | |
| Defendant and Third-Party Plaintiff | |
| vs. | |
| AMONDO REDMOND Third Party Defendant | |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; and The Official Committee of Unsecured Creditors of Cash Cloud, Inc. dba Coin Cloud (the "Committee")(collectively the "Parties"), each by and through its respective undersigned counsel, hereby file this stipulation pursuant to United States District Court, District of Nevada Local Rule IA 6-2 to move this Court to continue the hearing set for June 4, 2024.

WHEARAS, on October 26, 2023, McAlary filed his Motion of Defendant Christopher McAlary for Withdrawal of Reference Under 28 U.S.C. §157(D) and FRBP 5011 (the "Motion") [ECF No. 2].

WHEARAS, on November 9, 2023, the Committee filed its Opposition to the Motion of Defendant Christopher McAlary for Withdrawal of Reference Under 28 U.S.C. §157(D) and FRBP 5011 [ECF No. 4].

WHEARAS, on November 16, 2023, McAlary filed his Reply in Support of Motion to Withdraw the Reference Under 28 U.S.C. §157(D) and FRBP 5011 [ECF No. 5].

WHEARAS, the hearing on the Motion (the "Hearing") is currently set for June 4, 2024, at 10:00 a.m. [ECF No. 9].

WHEREAS, due to a scheduling conflict, the parties have agreed to continue the Hearing to a date on or after June 10, 2024.

**IT IS HEREBY STIPULATED** that the Parties agree to continue the Hearing to a date on or after June 10, 2024.

**IT IS FURTHER HEREBY STIPULATED** that no other deadlines are affected by this Stipulation.

**IT IS ORDERED** the hearing on the motion to withdraw ECF No. [5] currently scheduled for June 4, 2024 is vacated and continued to June 28, 2024, at 2:30 p.m. in courtroom 6C.

IT IS SO ORDERED:

Dated: May 29, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2

**IT IS SO STIPULATED.**

| **CARLYON CICA CHTD.** | **MCDONALD CARANO LLP** |
|---|---|
| By: /s/ *Dawn M. Cica*<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>TALI J. FREY. ESQ.<br>Nevada Bar No. 16537<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>*Counsel for Christopher McAlary* | By: /s/ *Ryan J. Works*<br>Ryan J. Works, Esq. (NSBN 9224)<br>Amanda M. Perach, Esq. (NSBN 12399)<br>MCDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>*&*<br><br>**SEWARD & KISSEL LLP**<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>(*pro hac vice applications granted*)<br>One Battery Park Plaza<br>New York, NY 10004<br>*Counsel for Official Committee*<br>*of Unsecured Creditors* |

3