**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
        dcica@carlyoncica.com
        jang@carlyoncica.com
        nsharma@carlyoncica.com
*Counsel for Christopher McAlary*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 2:23-cv-01738-APG-BNW |
| CASH CLOUD, INC., dba COIN CLOUD, | Bankruptcy Case No. 23-10423-MKN |
| Debtor. | Chapter 11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD | Adversary No.: 23-01125-MKN |
| Plaintiff vs. | **SECOND STIPULATED ORDER TO CONTINUE BRIEFING DEADLINES TO MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011** |
| CHRISTOPHER MCALARY | |
| Defendant and Third-Party Plaintiff | |
| vs | |
| AMONDO REDMOND | |
| Third Party Defendant | |

Chris McAlary ("Mr. McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel McDonald Carano LLP and Seward & Kissel LLP (collectively the "Parties"), hereby stipulate and agree as follows (the "Stipulation"):

1

**STIPULATION**

WHEREAS, on September 1, 2023, the Committee, acting on behalf of the Debtor's estate, filed a Complaint against McAlary, Case No. Case 23-01125-mkn (the "McAlary Adversary");

WHEREAS, on October 20, 2023, Mr. McAlary filed his Motion for Withdrawal of Reference under 28 U.S.C §157(d) and FRBP 50 (the "Motion") [AECF No. 8];

WHEREAS, on October 20, 2023, Mr. McAlary filed his Answer to Complaint and Third-Party Complaint against Amondo Redmond [AECF No. 9];

WHEREAS, on June 27, 2024, the Court entered its Order partially granting the Motion to Withdraw the Reference [ECF No. 13];

WHEREAS, on October 28, 2024, Mr. McAlary filed his Motion for Sanctions Pursuant to Bankruptcy Procedure 9011 [AECF No. 19] (the "Motion for Sanctions");

WHEREAS, the briefing schedule for the Motion for Sanctions was previously extended by the Court's entering of the Stipulated Order To Continue Briefing Deadlines To Motion For Sanctions Pursuant To Federal Rule Of Bankruptcy Procedure 9011 (the "First Stipulation") [AECF No. 26];

WHEREAS the current deadline for the Committee to file its opposition to the Motion for Sanctions is November 26, 2024;

WHEREAS the current deadline for Mr. McAlary to file his Reply in support of the Motion for sanctions is December 10, 2024; and

WHEAREAS, the parties have continued to engage in good faith settlement negotiations.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the parties agree to extend the deadline for the Committee's Opposition to Motion for Sanctions from November 26, 2024, to December 10, 2024. The deadline for Mr. McAlary to file a reply shall be extended from December 10, 2024 to December 26, 2024.

/ / /

/ / /

2

1  No other deadlines are affected by this Stipulation.

2  **IT IS SO STIPULATED AND AGREED.**

3  **CARLYON CICA CHTD.**   **SEWARD & KISSEL LLP**

4  By: /s/ *Candace C. Carlyon*
CANDACE C. CARLYON, ESQ.   /s/  *Laura E. Miller*
5  Nevada Bar No.2666   Robert J. Gayda, Esq.
DAWN M. CICA, ESQ.   Catherine V. LoTempio, Esq.
6  Nevada Bar No. 4565   Laura E. Miller, Esq.
265 E. Warm Springs Road, Suite 107   (*pro hac vice applications granted*)
7  Las Vegas, NV 89119
*Counsel for Christopher McAlary*   &

**MCDONALD CARANO LLP**
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
*Counsel for Official Committee of Unsecured Creditors*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 25, 2024

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

3