# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CASH CLOUD, INC. | Case No.: 2:23-cv-01738-APG-BNW |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC., | **Order** |
| Plaintiff | |
| v. | |
| CHRISTOPHER MCALARY, | |
| Defendant | |

I ORDER that the notice of corrected image **(ECF No. 33) is STRICKEN**. Counsel must refile the document without the red-lined edits and potential attorney work product by December 17, 2024.

DATED this 12th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE