1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8       Official Committee of Unsecured Creditors    )    Case # 2:23-cv-01738-apg-bnw
9       of Cash Cloud, Inc. d/b/a Coin Cloud,        )
                                                     )    **VERIFIED PETITION FOR**
10                     Plaintiff(s),                 )    **PERMISSION TO PRACTICE**
                                                     )    **IN THIS CASE ONLY BY**
11      vs.                                          )    **ATTORNEY NOT ADMITTED**
                                                     )    **TO THE BAR OF THIS COURT**
12      Christopher McAlary,                         )    **AND DESIGNATION OF**
                                                     )    **LOCAL COUNSEL**
13                                                   )
                       Defendant(s).                 )
14                                                   )    FILING FEE IS $250.00

15

16            Allan B. Diamond          , Petitioner, respectfully represents to the Court:
                  (name of petitioner)

17      1.      That Petitioner is an attorney at law and a member of the law firm of
18
                            Diamond McCarthy LLP
19                               (firm name)

20      with offices at          909 Fannin Street, Suite 3700          ,
                                      (street address)

21            Houston            ,          Texas          ,      77010
22            (city)                        (state)              (zip code)

23         1 (713) 333-5100      ,   adiamond@diamondmccarthy.com   .
          (area code + telephone number)         (Email address)

24      2.      That Petitioner has been retained personally or as a member of the law firm by
25
                      Chris McAlary              to provide legal representation in connection with
26                     [client(s)]

27      the above-entitled case now pending before this Court.

28
                                                                          Rev. 5/16

1     3.     That since _____November 12, 1979_____, Petitioner has been and presently is a
                                    (date)
2     member in good standing of the bar of the highest Court of the State of _____Texas_____
                                                                                        (state)
3     where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4     from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5     possession of the United States in which the applicant has been admitted to practice law certifying

6     the applicant's membership therein is in good standing.

7          4.     That Petitioner was admitted to practice before the following United States District

8     Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9     of other States on the dates indicated for each, and that Petitioner is presently a member in good

10    standing of the bars of said Courts.

11            Court                          Date Admitted            Bar Number
12          See attached          _____     _____
13    _____     _____     _____
14    _____     _____     _____
15    _____     _____     _____
16    _____     _____     _____
17    _____     _____     _____
18    _____     _____     _____

19         5.     That there are or have been no disciplinary proceedings instituted against petitioner,

20    nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21    or administrative body, or any resignation or termination in order to avoid disciplinary or

22    disbarment proceedings, except as described in detail below:

23    (State "none" if Petitioner has no disciplinary proceedings, etc.)  None
24
25
26
27

28                                            2                                    Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)   None

7.    That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> State Bar of Texas
> State Bar of New York

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/20/2023 | 23-12378 | U.S. Bankruptcy Court | Granted |
| 02/14/2024 | 23-13871 | U.S. Bankruptcy Court | Granted |
| 10/28/2024 | 22-00773 | U.S. District Court | Granted |
| 08/21/2023 | 23-10423 | U.S. Bankruptcy Court | Granted |

· (If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                              _____
                                                                          Petitioner's signature
5   STATE OF _____Texas_____  )
                                 )
6   COUNTY OF _____HARRIS_____   )

7        ____Allan B. Diamond____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                              _____
                                                                          Petitioner's signature
10  Subscribed and sworn to before me this

11  _13th_ day of _Dec._, _2024_.

12

13  _____
              Notary Public or Clerk of Court

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
                THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate ___Dawn M. Cica, Esq.___,
                                                                            (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____265 E. Warm Springs Road, Suite 107_____,
                              (street address)
24
    _____Las Vegas_____,  _____Nevada_____,  ___89119___
25          (city)                 (state)           (zip code)

26  ____(702) 685-4444____,  ___dcica@carlyoncica.com___.
     (area code + telephone number)      (Email address)
27

28                                    4                              Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Chris McAlary _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

9

10  _/s/ Chris McAlary_
(party's signature)

11  Chris McAlary
12  (type or print party name, title)

13  _____
(party's signature)

14

15  _____
16  (type or print party name, title)

17  **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19  _/s/ Dawn M. Cica_
20  Designated Resident Nevada Counsel's signature

21  4565                    dcica@carlyoncia.com
22  Bar number              Email address

23

24  APPROVED·  ·

24  Dated: this  13th  day of  December  , 20 24 .

25

26  _____
UNITED STATES DISTRICT JUDGE

27

28                          5                      Rev. 5/16