**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
        dcica@carlyoncica.com
        jang@carlyoncica.com
        nsharma@carlyoncica.com
*Counsel for Christopher McAlary*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 2:23-cv-01738-APG-BNW |
| CASH CLOUD, INC., dba COIN CLOUD, | Bankruptcy Case No. 23-10423-MKN |
| Debtor. | Chapter 11 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD | Adversary No.: 23-01125-MKN |
| Plaintiff | **THIRD STIPULATED ORDER TO CONTINUE BRIEFING DEADLINES TO MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011** |
| vs. | |
| CHRISTOPHER MCALARY | |
| Defendant and Third-Party Plaintiff | |
| vs | |
| AMONDO REDMOND | |
| Third Party Defendant | |

Chris McAlary ("Mr. McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel McDonald Carano LLP and Seward & Kissel LLP (collectively the "Parties"), hereby stipulate and agree as follows (the "Stipulation"):

1

## STIPULATION

WHEREAS, on September 1, 2023, the Committee, acting on behalf of the Debtor's estate, filed a Complaint against McAlary, Case No. Case 23-01125-mkn (the "McAlary Adversary");

WHEREAS, on October 20, 2023, Mr. McAlary filed his Motion for Withdrawal of Reference under 28 U.S.C §157(d) and FRBP 50 (the "Motion") [AECF No. 8];

WHEREAS, on October 20, 2023, Mr. McAlary filed his Answer to Complaint and Third-Party Complaint against Amondo Redmond [AECF No. 9];

WHEREAS, on June 27, 2024, the Court entered its Order partially granting the Motion to Withdraw the Reference [ECF No. 13];

WHEREAS, on October 28, 2024, Mr. McAlary filed his Motion for Sanctions Pursuant to Bankruptcy Procedure 9011 [AECF No. 19] (the "Motion for Sanctions");

WHEREAS, on November 12, 2024, the briefing schedule for the Motion for Sanctions was extended by the Court's entering of the Stipulated Order To Continue Briefing Deadlines To Motion For Sanctions Pursuant To Federal Rule Of Bankruptcy Procedure 9011 (the "First Stipulation") [AECF No. 26], whereby the deadline for the Committee to file its opposition to the Motion for Sanctions was November 26, 2024, and the deadline for Mr. McAlary to file his Reply in support of the Motion for Sanctions was December 10, 2024;

WHEREAS, on November 25, 2024, the briefing schedule for the Motion for Sanctions was again extended by the Court's entering of the Second Stipulated Order To Continue Briefing Deadlines To Motion For Sanctions Pursuant To Federal Rule Of Bankruptcy Procedure 9011 (the "Second Stipulation") [AECF No. 28], whereby the deadline for the Committee to file its opposition to the Motion for Sanctions was December 10, 2024, and the deadline for Mr. McAlary to file his Reply in support of the Motion for sanctions is December 26, 2024;

WHEREAS the Committee filed its Opposition to the Motion for Sanctions on December 10, 2024 [AECF No. 29] (whereby the docket notes for [AECF No. 29] appear to mistakenly state the deadline for Replies thereto as December 17, 2024);

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

WHEREAS the Committee filed a Cross-Motion for Sanctions to the Motion for Sanctions on December 10, 2024 [AECF No. 30];

WHEREAS the current deadline for Mr. McAlary to file his Reply in support of the Motion for Sanctions is December 26, 2024; and

WHEREAS the current deadline for Mr. McAlary to file his Opposition to the Committee's Cross-Motion for Sanctions is December 24, 2024, and the current deadline for the Committee to file its Reply in support thereof is January 7, 2025;

WHEREAS, the Parties have agreed that Mr. McAlary's Reply in support of the Motion for Sanctions and the Opposition to the Committee's Cross-Motion for Sanctions to the Motion for Sanctions shall be due on December 27, and the Committee's Reply in support of the Committee's Cross-Motion for Sanctions shall be due January 10.

**IT IS THEREFORE STIPULATED AND AGREED** that

(1) the deadline for Mr. McAlary to file a reply shall be extended from December 26, 2024 to December 27, 2024;

(2) the deadline for Mr. McAlary's Opposition to the Committee's Cross-Motion for Sanctions which is due December 24th shall be extended to December 27, 2024; and

(3) the deadline for the Committee to file its Reply in support of its Cross-Motion for Sanctions shall be extended from January 7, 2025 to January 10, 2025.

No other deadlines are affected by this Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

///

///

///

3

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| **CARLYON CICA CHTD.** | **SEWARD & KISSEL LLP** |
| By: /s/ *Dawn M. Cica*<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No.2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>*Counsel for Christopher McAlary* | /s/ *Laura E. Miller*<br>Robert J. Gayda, Esq.<br>Catherine V. LoTempio, Esq.<br>Laura E. Miller, Esq.<br>(*pro hac vice applications granted*)<br><br>&<br><br>**MCDONALD CARANO LLP**<br>Ryan J. Works, Esq. (NSBN 9224)<br>Amanda M. Perach, Esq. (NSBN 12399)<br>*Counsel for Official Committee of Unsecured Creditors* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 19, 2024

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

4