**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
         dcica@carlyoncica.com
         tfrey@carlyoncica.com
*Counsel for Christopher McAlary*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 2:23-cv-01738-APG-BNW |
| CASH CLOUD, INC., dba COIN CLOUD, | Bankruptcy Case No. 23-10423-MKN<br>Chapter 11 |
| Debtor. | Adversary No.: 23-01125-MKN |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD | **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff | |
| vs. | |
| CHRISTOPHER MCALARY | |
| Defendant and Third Party Plaintiff | |
| vs | |
| AMONDO REDMOND | |
| Third Party Defendant | |

Defendant, Chris McAlary ("Mr. McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and Plaintiff, the Official Committee of Unsecured Creditors of Cash Cloud, Inc. dba Coin Cloud (the "Committee"), by and through its undersigned counsel McDonald Carano LLP and Seward & Kissel LLP, hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS, on September 1, 2023, the Committee, acting on behalf of the estate of Cash Cloud, Inc. dba Coin Cloud (the "Debtor"), filed a Complaint against McAlary, Case No. Case 23-01125-mkn (the "McAlary Adversary");

WHEREAS, pursuant to this Court's Minute Order of June 27, 2024, McAlary's Motion to Withdraw the Reference was granted in part, including with respect to dispositive motions;

WHEREAS, McAlary and the Committee (together, the "Parties") took part in a settlement conference before the Hon. Senior Bankruptcy Judge Gregg Zive on June 9, 2025, resulting in the Parties' execution of a Settlement Agreement and Mutual Release dated as of September 18, 2025 (the "Settlement"); and

WHEREAS, the Settlement was approved in the underlying bankruptcy case by order entered on October 23, 2025, Bankruptcy Case No. 23-10423-MKN [ECF No. 2127]:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT THE ABOVE REFERENCE CASE BE DISMISSED, WITH PREJUDICE**, with each Party to bear its own costs.

Upon consideration of the above, Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that the above-captioned action be **DISMISSED**, with prejudice, without fees and costs awarded.

**IT IS HEREBY ORDERED** that all future hearings and deadlines in this matter are hereby **VACATED**.

| | |
|---|---|
| **CARLYON CICA CHTD.** | **MCDONALD CARANO LLP** |
| By: /s/ Dawn M. Cica<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No.2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>*Counsel for Christopher McAlary* | By: /s/ Ryan J. Works<br>Ryan J. Works, Esq. (NSBN 9224)<br>*Counsel for Official Committee of Unsecured Creditors*<br><br>&<br>**SEWARD & KISSEL LLP**<br>Robert J. Gayda, Esq.<br>Catherine V. LoTempio, Esq.<br>Laura E. Miller, Esq.<br>(*pro hac vice applications granted*) |

IT IS SO ORDERED:

Dated:  November 17, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2